# Court of Appeals
# of the State of Georgia

ATLANTA,____June 15, 2015_____

*The Court of Appeals hereby passes the following order:*

## A15A1357. WHATLEY v. THE STATE.

On May 18, 2015, this court denied appellant's motion seeking an appointment of appellate counsel, but granted him 20 more days to file his brief, which was initially due on April 2, 2015. The order noted that failure to file by that deadline would result in the dismissal of appellant's appeal.

On June 5, 2015, the appellant moved for an extension of 60 more days in which to file his brief. The request is hereby DENIED.

Although the appellant was ordered on May 18, 2015, to file a brief within 20 days, he has not done so as of the date of this order. Accordingly, this appeal is hereby DISMISSED as abandoned pursuant to Court of Appeals Rules 13 and 23 (a). See *Whittle v. State*, 210 Ga. App. 841, 842 (437 SE2d 842) (1993). ("[W]hen an appellant elects to pursue his own appeal, and fails to file enumerations of error or a brief after having been ordered to do so by this court, the appeal will be dismissed.")



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*____06/15/2015____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*